In the Matter of the Accounting of EDWARD C. SCHAEFER et al., as Executors of and Trustees under the Will of FREDERICK SCHAEFER, Deceased.

ALBERT SCHAEFER et al., Appellants; EDWARD C. SCHAEFER et al., Individually and as Executors and Trustees, Respondents.

*Matter of Schaefer,* 65 App. Div. 378, affirmed.
(Argued June 10, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1902, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of Edward C. Schaefer, George C. Schaefer and George H. Chatillon as executors of and trustees under the will of Frederick Schaefer, deceased.

Also motion to dismiss said appeal on the ground that the order is not appealable to the Court of Appeals.

*Wm. W. MacFarland, Addison Gardner, George P. Hotaling* and *William H. Klenke* for appellants.

*Roger Foster* and *Ashbel P. Fitch,* for respondents.

Motion to dismiss appeal denied and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, VANN, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.